```
LAW OFFICES OF ROBERT C. MOEST
Robert C. Moest, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
(310) 915-6628 (voice)
(310) 915-9897 (fax)                               OK/HAV

Attorneys for Defendant
Thomas M. Heric, M.D.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. CR.S.05-0092 DFL |
|                                  ) | |
|              Plaintiff,          ) | |
|                                  ) | STIPULATION TO CONTINUE |
|       vs.                        ) | HEARING FOR ENTRY OF PLEA |
|                                  ) | (PROPOSED) ORDER |
| THOMAS HERIC,                    ) | |
|                                  ) | From: July 7, 2005 |
|              Defendant.          ) | |
| _____  ) | To:   October 6, 2005 |
|                                  ) |       10:00 a.m. |

It is hereby stipulated and agreed by and between Daniel S. Linhardt, Assistant United States Attorney and counsel for plaintiff United States of America, and Robert C. Moest, counsel for defendant Thomas M. Heric, M.D., that the hearing for entry of plea in the matter may be continued from July 7, 2005, to October 6, 2005, at 10:00 a.m., before the Hon. David F. Levi, Judge, United States District Court.

It is further stipulated and agreed that the time between July 7, 2005, and the agreed, continued hearing date, shall be excluded from the time within which further proceedings in the matter might be required under 18 U.S.C. § 3161.  The reasons for the exclusion are that the parties in this matter have signed a plea agreement.  Because of the plea agreement, the parties have suspended the process of trial preparation, better to

---
1
STIPULATION TO CONTINUE HEARING; (PROPOSED) ORDER

1  conserve resources and in the interests of their respective clients. As of July 7, 2005,
2  counsel for defendant was engaged in other matters in Los Angeles, and was so engaged
3  until mid-August, 2005. The first date convenient to all parties and the court is that agreed
4  to above.
5       Under the circumstances, the parties agree, and ask the Court to find, that the ends of
6  justice served by continuing the matter outweigh the best interest of the public and the defendant in a
7  speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

8  Dated: September 8, 2005          LAW OFFICES OF ROBERT C. MOEST
                                     Robert C. Moest

10                                   By:_____/s/ Robert C. Moest_____
11                                              Robert C. Moest
                                     Attorneys for Defendant
12                                   Thomas M. Heric, M.D.

14  Dated: September 8, 2005          McGREGOR W. SCOTT
                                     United States Attorney

16                                   By: _____/s/ Daniel S. Linhardt_____
17                                             Daniel S. Linhardt
                                     Assistant U.S. Attorney
18                                   Attorneys for Plaintiff
                                     United States of America

20                    (Proposed) ORDER
21       Based upon the stupulation of the parties, and for good cause shown,
22       IT IS SO ORDERED.

25                                   _____
                                     DAVID F. LEVI
26                                   United States District Judge