1 | LAW OFFICES OF ROBERT C. MOEST
  | Robert C. Moest, SBN 62166
2 | 2530 Wilshire Boulevard, Second Floor
  | Santa Monica, California 90403
3 | (310) 915-6628 (voice)
  | (310) 915-9897 (fax)
4 |
  | Attorneys for Defendant
5 | Thomas M. Heric, M.D.

6

7                     UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9                            SACRAMENTO DIVISION

10

11 | UNITED STATES OF AMERICA,    )   Case No. CR.S.05-0092 DFL
   |                              )
12 |           Plaintiff,          )
   |                              )   STIPULATION TO CONTINUE
13 |      vs.                      )   SENTENCING HEARING;
   |                              )   (PROPOSED) ORDER
14 | THOMAS HERIC,                 )
   |                              )   From: January 12, 2006
15 |           Defendant.          )
   | _____ )   To:   March 9, 2005
16 |                                        10:00 a.m.

17

18

19        It is hereby stipulated and agreed by and between Daniel S. Linhardt, Assistant

20 United States Attorney and counsel for plaintiff United States of America, and Robert C.

21 Moest, counsel for defendant Thomas M. Heric, M.D., that the sentencing hearing in the

22 matter may be continued from January 12, 2006, at 10:00 a.m., to March 9, 2006, at 10:00

23 a.m., before the Hon. David F. Levi, Judge, United States District Court.

24        The stipulation is made because of a trial calendar conflict for Robert C. Moest,

25 ///

26 ///

27 ///

28 ///

                                            1
STIPULATION TO CONTINUE SENTENCING HEARING; (PROPOSED) ORDER

counsel for defendant Heric, that was not known when the original sentencing date was set.

Dated: January 9, 2006
        LAW OFFICES OF ROBERT C. MOEST
        Robert C. Moest

        By:  /s/ Robert C. Moest
           Robert C. Moest
        Attorneys for Defendant
        Thomas M. Heric, M.D.

Dated: January 9, 2006
        McGREGOR W. SCOTT
        United States Attorney

        By:  /s/ Daniel S. Linhardt
           Daniel S. Linhardt
        Assistant U.S. Attorney
        Attorneys for Plaintiff
        United States of America

### (Proposed) ORDER

Based upon the stipulation of the parties,[1]

IT IS SO ORDERED.

Dated: 1/11/2006

        _/s/ David F. Levi_
        DAVID F. LEVI
        United States District Judge

---

[1] The court has approved the stipulation but notes that there was no reason why the stipulation could not have been filed well before the court went to the trouble of preparing itself for the sentencing hearing. This inexcusable and could lead to sanctions.